

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

DENNIS CROCKETT,

v.

DANA SPAULDING, ETAL.,         CASE NUMBER:     1:05-1152-T/An

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 8/12/2005, this case is hereby DISMISSED in its entirety, pursuant to 42 U.S.C. § 1997 e(a). It is also CERTIFIED that any Appeal by plaintiff is not taken in good faith. The plaintiff is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and § 1915(a)-(b).

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                        THOMAS M. GOULD
                                        CLERK

_8/17/05_                    BY:   _C. Herd_
DATE                               DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8/18/05_.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01152 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

Dennis Crockett
Whiteville Correctional Facility
351268
PO Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT